No. 335. JORDAN *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Mr. John J. McCreary* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 250. FLETCHER *v.* KRISE, RECEIVER. October 13, 1941. The petition for writ of certiorari to the Court of Appeals for the District of Columbia; the motion to strike; and the motion for leave to proceed further *in forma pauperis,* are denied. *Edmond C. Fletcher, pro se. Messrs. William Stanley* and *J. Edward Burroughs, Jr.* for respondent.